UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| ANGELO FERGUSON, | ) | |
| Plaintiff, | ) | 2:12-cv-01833-JCM-GWF |
| vs. | ) | |
| | ) | **ORDER** |
| NORTH LAS VEGAS, *et al.*, | ) | |
| Defendants. | ) | |

Angelo Ferguson, an individual who is detained in the Clark County Detention Center, filed an application to proceed *in forma pauperis* (ECF No. 1) and submitted a *pro se* document which, while mostly incomprehensible, has been construed as a civil rights complaint (ECF No. 1-1). The application for pauper status is incomplete because the required financial certificate has not been signed by an official with authority to confirm the financial information. Accordingly, this action is **DISMISSED**, without prejudice. The clerk shall enter judgment accordingly.

Dated, January 31, 2013.

_____
UNITED STATES DISTRICT JUDGE