1
2
3
4
5
6
7
8                      **UNITED STATES DISTRICT COURT**
9                          **DISTRICT OF NEVADA**
10
11   ANGELO FERGUSON,                    )
                                         )
12            Plaintiff,                 )        2:12-cv-01833-JCM-GWF
                                         )
13   vs.                                 )
                                         )        **ORDER**
14   NORTH LAS VEGAS, *et al.*,          )
                                         )
15            Defendants.                )
     _____/
16
17          Angelo Ferguson, an individual who is detained in the Clark County Detention Center, filed

18   an application to proceed *in forma pauperis* (ECF No. 1) and submitted a *pro se* document which,

19   while mostly incomprehensible, has been construed as a civil rights complaint (ECF No. 1-1).  The

20   application for pauper status is incomplete because the required financial certificate has not been

21   signed by an official with authority to confirm the financial information.  Accordingly, this action is

22   **DISMISSED**, without prejudice.  The clerk shall enter judgment accordingly.

23          Dated, January 31, 2013.

24

25                                                   _____
26                                                   UNITED STATES DISTRICT JUDGE